FILED

03/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0487

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## NO. DA 19-0487

**MARKUS HENDRIK KAARMA,**

**Petitioner/Appellant,**

**-vs-**

**STATE OF MONTANA**

**Respondent/Appellee.**

---

## Order

---

Based on Defendant/Appellant's Motion to Continue the Due Date to File and Serve Appellant's Opening Brief, there being no objection, and for good cause shown:

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 6, 2020, within which to prepare, file, and serve Appellant's Opening Brief on Appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2020